Peter Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower St., Suite 1800
Los Angeles, California 90071
Telephone: 213-340-5796

Bruce Bellingham (pro hac vice)
bbellingham@sgrvlaw.com
SPECTOR GADON ROSEN VINCI P.C.
1635 Market Street, 7th Floor
Philadelphia, Pennsylvania 19103
Telephone: 215-241-8916

Attorney for Plaintiff JEFFERY R. WERNER

EMILY F. EVITT (SBN 261491)
GABRIELLA N. ISMAJ (SBN 301594)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

J. MATTHEW WILLIAMS (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street N.W., Suite 700
Washington, D.C. 20036
Telephone: (202) 355-7900

Attorneys for Defendant
Hive Media Group, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>    Plaintiff,<br><br>    v.<br><br>HIVE MEDIA GROUP, LLC,<br><br>    Defendant. | CASE NO. 21CV1560-TWR(RBB)<br><br>***Transferred from U.S. Dist. Court for Delaware, Case No. 1:20-CV-01176-LPS***<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE MOTION TO COMPEL**<br><br>Discovery Document: Referred to Magistrate Judge Ruben B. Brooks |

CASE NO. 3:21-CV-01560

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE MOTION TO COMPEL**

Plaintiff Jeffrey R. Werner and Defendant Hive Media Group, LLC, by and through their respective undersigned counsel, jointly move under Southern District of California Rule 7.2 and Magistrate Judge Ruben B. Brooks's Chambers Rules to request that the Court extend the deadline for Defendant to file a motion to compel regarding the First Set of Requests for Production (the "Requests for Production") and the First Set of Interrogatories (the "Interrogatories") served on Plaintiff by approximately two (2) weeks, from February 16, 2022 to March 4, 2022.

This request is based on the following facts:

1. Defendant served the Requests for Production on Plaintiff on or about November 22, 2021. Defendant served the Interrogatories on Plaintiff on or about November 24, 2021.

2. Plaintiff's responses to the Requests for Production and Interrogatories were initially due on or about December 22 and 24, 2021, respectively. On or about December 20, 2021, Plaintiff requested that Defendant extend the deadline to respond to the Requests for Production and Interrogatories to January 17, 2022. Defendant agreed to Plaintiff's request.

3. Plaintiff served responses to the Requests for Production and the Interrogatories on or about January 17, 2022. Accordingly, pursuant to Judge Brooks's Chambers Rules, Defendant's deadline to move to compel regarding those responses is February 16, 2022.

4. The parties have been diligently meeting and conferring regarding Plaintiff's responses, including by exchanging several letters, participating in multiple telephone conferences and corresponding by email.

5. Through these efforts, the parties have made progress and likely have resolved a number of their disputes. However, certain issues remain outstanding. The parties believe that continued discussions would be productive and that a

modest extension of the current motion to compel deadline could obviate the need for Defendant to file a motion.

Based on the foregoing, the parties now jointly request that the Court extend the time for Defendant to move to compel to March 4, 2022.

DATED: FEBRUARY 15, 2022         RESPECTFULLY SUBMITTED,

PERKOWSKI LEGAL, PC
SPECTOR GADON ROSEN VINCI P.C.

By: /s/ Peter E. Perkowki
Peter E. Perkowski
Attorneys for Plaintiff Jeffrey R. Werner

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Gabriella N. Ismaj
Emily F. Evitt
Gabriella N. Ismaj
J. Matthew Williams
Attorneys for Defendant
Hive Media Group, LLC

## ATTESTATION REGARDING SIGNATURES

The filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

DATED: February 15, 2022

/s/ Gabriella N. Ismaj
Gabriella N. Ismaj

Mitchell Silberberg & Knupp LLP
13975938.1

3   CASE NO. 3:21-CV-01560-TWR-RBB
**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE MOTION TO COMPEL**