| | |
|---|---|
| 1 | Peter Perkowski (SBN 199491) |
| 2 | peter@perkowskilegal.com |
|   | PERKOWSKI LEGAL, PC |
| 3 | 515 S. Flower Street, Suite 1800 |
|   | Los Angeles, California 90071 |
| 4 | Telephone:  213-340-5796 |
| 5 | Bruce Bellingham (pro hac vice) |
|   | bbellingham@sgrvlaw.com |
| 6 | SPECTOR GADON ROSEN VINCI P.C. |
|   | 1635 Market Street, 7th Floor |
| 7 | Philadelphia, Pennsylvania 19103 |
|   | Telephone:  215-241-8916 |
| 8 | Attorney for Plaintiff |
|   | Jeffery R. Werner |
| 9 | |
| 10 | Emily F. Evitt (SBN 261491) |
|    | Gabriella A. Nourafchan (SBN 301594) |
| 11 | MITCHELL SILBERBERG & KNUPP LLP |
|    | 2049 Century Park East, 18th Floor |
| 12 | Los Angeles, CA  90067-3120 |
|    | Telephone: (310) 312-2000 |
| 13 | Facsimile: (310) 312-3100 |
| 14 | J. Matthew Williams (*pro hac vice*) |
|    | MITCHELL SILBERBERG & KNUPP LLP |
| 15 | 1818 N Street N.W., Suite 700 |
|    | Washington, D.C. 20036 |
| 16 | Telephone: (202) 355-7900 |
| 17 | Attorneys for Defendant |
|    | Hive Media Group, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY R. WERNER, | | Case No. 21cv1560-TWR(RBB) |
| *Plaintiff*, | | **JOINT MOTION TO RESET DATE OF SETTLEMENT CONFERENCE** |
| v. | | |
| HIVE MEDIA GROUP, LLC, | | *Referred to Magistrate Judge Ruben B. Brooks* |
| *Defendant*. | | |

Case No. 21cv01560-TWR(RBB)

**JOINT MOTION TO EXTEND SETTLEMENT CONFERENCE DATE**

Plaintiff Jeffrey R. Werner and Defendant Hive Media Group, LLC, by and through their respective undersigned counsel, jointly move under Southern District of California Rule 7.2 and Magistrate Judge Ruben B. Brooks's Chambers Rules to request that the Court extend the date of the settlement conference currently set for June 14, 2022.

This request is based on the following facts:

1. The Court held an attorneys-only settlement conference on January 26, 2022, at which a full settlement conference was set for June 14, 2022. (ECF 40.) At the January hearing, the Court encouraged the parties to inform the Court if they later concluded that the settlement conference should be moved to better facilitate settlement.

2. The parties have conferred and agree that the settlement conference would be more productive after the parties have exchanged and have had the opportunity to evaluate each other's expert witness reports.

3. Under the current schedule, Rule 26(a)(2)(A) and (B) disclosures are due August 19, and Rule 26(a)(2)(D) disclosures are due September 2.

Based on the foregoing, the parties now jointly request that the Court extend the Settlement Conference date to September 6 or 7, 2022, at 8:30 a.m., at the Court's convenience, with the deadline to submit settlement conference briefs to be set by the Court. No other changes to the existing dates or deadlines is requested.

[SIGNATURES ON NEXT PAGE]

| | |
|---|---|
| Dated: June 6, 2022 | Respectfully Submitted,<br><br>PERKOWSKI LEGAL, PC<br>SPECTOR GADON ROSEN VINCI P.C.<br><br>By: /s/ Peter Perkowski<br>    Peter E. Perkowski<br>    Attorneys for Plaintiff<br>    Jeffrey R. Werner<br><br>MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ Emily Evitt<br>    Emily F. Evitt<br>    Gabriella A. Nourafchan<br>    J. Matthew Williams<br>    Attorneys for Defendant<br>    Hive Media Group, LLC |

## **ATTESTATION REGARDING SIGNATURES**

The filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

                                          /s/ Peter Perkowski
                                                Peter Perkowski